# United States District Court
# Eastern District of California
Redding Branch

**UNITED STATES OF AMERICA**     PROBATION ORDER
      **vs.**

**RONALD W. McHALE, JR.**     CASE NO.   3:21-po-0204 DMC

    THE DEFENDANT was found guilty of violating 43 CFR 2801.3(a), trespassing on Federal lands, after a plea of guilty.

    The defendant is placed on **Unsupervised Court Probation** until December 1, 2024, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.

    **You shall comply with the following special conditions:**

    The defendant is excluded from entering lands supervised by the U.S. Forest Service in the Eastern District of California during the term of probation.

Dated:   December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE